IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13 CR 00427-1-AA |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL LEROY MOORE, | |
| Defendant. | |

This matter came before the court on August 22, 2022 for a supervised release violation hearing. The defendant and her attorney, Irina Hughes both appeared. The government appeared by AUSA, Adam Delph and her probation officer, Summer Robinson. The defendant admitted the allegations contained in the Third Amended Petition for Warrant filed on July 6, 2022 with the exception of Standard Condition 2 with the date of December 29, 2021 which will be held in abeyance until the state court is resolved. The court set over sentencing until February 28, 2023 at 9:00am.

IT IS HEREBY ORDERED that the defendant shall participate in a location monitoring program for a period up to 180 days. During this period, you are subject to home detention and your movement in the community is restricted as follows: You are restricted to your residence at all times, except for employment, education, religious services, medical treatment, mental health or substance abuse treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the probation officer. Unless otherwise specified by the court, your participation in the location monitoring program will be monitored using technology approved by the probation officer, which may include radio frequency (RF) monitoring, GPS monitoring, or voice recognition. You must abide by all technology requirements. You must follow the program rules. Fees for participation will be waived at this time.

IT IS FURTHER ORDERED that the defendant will abide by all the previously imposed conditions of supervised release plus attending regular telephonic status hearings with the next hearing set for October 26, 2022 at 2:30pm.

Dated the 22nd day of August, 2022.

      /s/Ann Aiken
Ann Aiken, U.S. District Judge